[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 175.]

THE STATE EX REL. CRAIN, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Crain v. Indus. Comm.*, 1998-Ohio-256.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Noll relief ordered.*

*(*No. 95-2185—Submitted May 12, 1998—Decided June 17, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 94APD06-929.

————————————

*Sheldon Karp Co., L.P.A.,* and *R. Mark Gottfried*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for compliance with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would affirm the judgment of the court of appeals.

————————————